No. D–421.   IN RE DISBARMENT OF TAYLOR.   It is ordered that Lloyd Earl Taylor, of Stapleton, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–422.   IN RE DISBARMENT OF HARDEN.   It is ordered that Claude McEuen Harden, Jr., of Lakeland, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–423.   IN RE DISBARMENT OF HEDICKE.   It is ordered that Robert Edward Hedicke, of El Paso, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–424.   IN RE DISBARMENT OF STEWART.   It is ordered that Bobby R. Stewart, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–425.   IN RE DISBARMENT OF DENEND.   It is ordered that William Leonard Denend, of Port Orchard, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–426.   IN RE DISBARMENT OF PECKRON.   It is ordered that Harold Stephen Peckron, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig.   UNITED STATES v. LOUISIANA ET AL.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies thereto, with supporting briefs, may be filed by the parties within 30 days.   JUSTICE MARSHALL took no part in the consideration or decision of this order.   [For earlier order herein, see, e. g., 464 U. S. 927.]